UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026
```

TAOFICK F. GNABODE,

                         Plaintiff,

        -v-

FRANK BISIGNANO, *commissioner of social security,*

                         Defendant.

**ORDER**

25-CV-10627 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter requesting to extend the deadlines in this matter. ECF No. 5. The request is **GRANTED**, and the parties shall adhere to the below schedule. **No further extensions will be granted absent extraordinary circumstances**.

- The certified administrative record shall be filed by **March 25, 2026**;
- Plaintiff's brief shall be filed by **May 25, 2026**;
- Defendant's brief shall be filed by **July 24, 2026**;
- Plaintiff reply shall be filed by **August 7, 2026**.

**SO ORDERED.**

Dated: February 19, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge