UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/27/2026_

TAOFICK F. GNABODE,

               Plaintiff,

        -v-

FRANK BISIGNANO, *Commissioner of Social Security,*

              Defendant.

**ORDER**

25-CV-10627 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 8 (the "Letter Motion"), requesting to extend the briefing schedule in this matter. The undersigned previously extended deadlines in this matter in the order at ECF No. 6 (the "Order"). The Order states, **"[n]o further extensions will be granted absent extraordinary circumstances."** (emphasis in original). The Letter Motion provides no explanation whatsoever regarding why further extensions are needed. Therefore, the Letter Motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 8 as **DENIED**.

**SO ORDERED.**

Dated: April 27, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge