USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAOFICK F. GNABODE,

                Plaintiff,

        -v-

FRANK BISIGNANO, *Commissioner of Social Security,*

                Defendant.

**ORDER**

25-CV-10627 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated February 19, 2026, ECF No. 6 (the "Order"), the undersigned directed Plaintiff to file his brief by May 25, 2026.  To date, so far as the docket reflects, Plaintiff has not filed his brief.  The undersigned *sua sponte* extends the deadline for Plaintiff to file his brief to **June 1, 2026**.  If the filing is not made by June 1, 2026, the undersigned may recommend dismissal for failure to prosecute.

**SO ORDERED.**

Dated: May 26, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge