USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAOFICK F. GNABODE,

Plaintiff,

-v-

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

**ORDER**

25-CV-10627 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated February 19, 2026, the undersigned directed Plaintiff to file his reply by August 7, 2026. ECF No. 6. To date, so far as the docket reflects, Plaintiff has not filed his reply. Plaintiff's deadline to file a reply brief is extended *sua sponte* to **August 17, 2026**.

**SO ORDERED.**

Dated: August 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge