USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAOFICK F. GNABODE,

Plaintiff,

-v-

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

**ORDER**

25-CV-10627 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the Stipulation and Order filed at ECF No. 18, the conference scheduled for December 3, 2026, *see* ECF No. 16, is adjourned *sine die*.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge